**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **DEIRDRA THIBODEAUX** | **CIVIL DOCKET NO. 2:23-CV-00840** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SAMS EAST INC.** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Thomas J. Leblanc for Report and Recommendation. For the reasons contained in the REPORT AND RECOMMENDATION [Doc. 17] of the Magistrate Judge previously filed herein, and after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that Deirdra Thibodeaux's MOTION TO REMAND [Doc. 8] is DENIED.

THUS DONE AND SIGNED in Chambers this 16th day of April 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT COURT